1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

8  KEITH RUSSELL JUDD,

9                          Petitioner,          NO.  CV-10-60-JPH

10     vs.                                       ORDER DENYING MOTIONS AS MOOT

11  UNITED STATES OF AMERICA,

12                          Respondent.

13

        In light of the Ninth's Circuit's disposition of this action,  **IT IS ORDERED** all

14
pending motions are **DENIED as moot.**  Petitioner is advised the court will consider no

15
further submissions from Mr. Judd.

16
        **IT IS SO ORDERED.**   The District Court Executive is directed to enter this

17
Order, forward a copy to Petitioner and close the file.

18
        **DATED** this 20th day of May, 2010.

19
                                        S/ James P. Hutton

20
                                        JAMES P. HUTTON

21
                                    UNITED STATES MAGISTRATE JUDGE

22
23
24
25
26
27
28  ORDER DENYING MOTIONS AS MOOT-- 1